IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                                Case No. 3:10cr061

GARY SUMLIN,                 JUDGE WALTER H. RICE

      Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS SUPERVISED RELEASE, REVOKING SAME, AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED TO DEFENDANT AND UNDERSTOOD BY DEFENDANT; TERMINATION ENTRY

---

On December 7, 2017, the Defendant, having previously been found in violation of his supervised release, a status which began July 19, 2012, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid December 7, 2017, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of eight months, with credit for all allowable pre-revocation/sentence jail time credit, to wit: 99 days. The Court recommended that Defendant be designated to a facility other than the local county jail consistent with his security status. The Court ordered no period of supervised release to follow Defendant's release from the sentence imposed above.

Following the above, the Defendant was orally explained his right of appeal and he indicated an understanding of same. Moreover, neither counsel for the Defendant nor for the

Government had any procedural or substantive objections to this Court's sentence.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 15, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Ray Adams, USPO
United States Marshals