IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:10cr61 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| vs. | : | |
| GARY L. SUMLIN | : | |
| Defendant. | : | |

## ORDER UNSEALING CASE

This Court, upon its own motion, and with the agreement of the United States Attorneys' Office, hereby orders the instant case unsealed.

August 8, 2023

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE